IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN STEPHEN MOHAMMED, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. H-18-1011 |
| DEPUTY A. BASKINS, ET AL., | § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Memorandum Opinion and Order of even date, this civil action is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas on September 17, 2019.

Gray H. Miller
Senior United States District Judge